NUMBER 13-12-00603-CR

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG

RICARDO MUÑOZ SANCHEZ
AKA RICARDO ALONSO SANCHEZ, Appellant,

 v.

THE STATE OF TEXAS, Appellee.

 On appeal from the 275th District Court
 of Hidalgo County, Texas.

 ORDER
 Before Chief Justice Valdez and Justices Garza and Longoria
 Order Per Curiam

 This Court has received the appellate record with the exception of Exhibit No. 8.

The clerk of the trial court is ORDERED to forward Exhibit No. 8 admitted at trial in Cause

No. CR-003-11-E to this Court within ten days from the date of this order.

 PER CURIAM

Delivered and filed the
26th day of September, 2014.